**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEANDRE RAYSHUN WOODEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01334-SEP |
| | ) | |
| MARCY STROUT, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER OF TRANSFER

Petitioner Deandre Rayshun Wooden filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Wooden is challenging a conviction that arose in Polk County, Iowa, which is located in the Southern District of Iowa. *See* 28 U.S.C. 95(b)(1). Wooden is incarcerated in Mount Pleasant, Iowa, which is located in Henry County, in the Southern District of Iowa. *See* 28 U.S.C. § 95(b)(2).

Under 28 U.S.C. § 2241(a), venue is proper in the Southern District of Iowa. The Court will therefore transfer this action to that court pursuant to 28 U.S.C. § 1406(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall **transfer** this action to the United States District Court for the Southern District of Iowa, Central Division at Des Moines, pursuant to 28 U.S.C. § 1406(a).

Dated this 29th day of May, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE